| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4608-003K | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION ||| 
| Plaintiff: Headwater Partners II LLC,<br>Defendant: Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc., |||
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>2:24-cv-00007-JRG-RSP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served:   Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc.,
   b. Person served:  Dean Dobsin, Authorized to Accept Service
      served under F.R.C.P. Rule 4.

4. Address where the party was served:   180 Washington Valley Road, Bedminster, NJ 07921

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jan 09 2024 (2) at: 10:10 AM

6. **Person Who Served Papers:**
   a. Kyle Schickner
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   
   d. *The Fee for Service was:* $367.23

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

                                    01/09/2024             (Signature)
                                      (Date)



PROOF OF SERVICE

10203518
(5571217)