UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-7

Name of party requesting extension:

Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.

Is this the first application for extension of time in this case?   ☑ Yes

☐ No

If no, please indicate which application this represents:   ☐ Second

☐ Third

☐ Other _____

Date of Service of Summons: 01/09/2024

Number of days requested:   ☐ 30 days

☐ 15 days

☑ Other 45 days

New Deadline Date: 03/15/2024   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Deron R. Dacus

State Bar No.: 00790553

Firm Name: The Dacus Firm, P.C.

Address: 821 ESE Loop 323, suite 430
          Tyler, TX  75701

Phone: 903-705-1117

Fax:   903-705-1117

Email: ddacus@dacusfirm.com

A certificate of conference does not need to be filed with this unopposed application.