IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>Defendants. | Case No. 2:24-cv-00007-JRG-RSP<br><br>**JURY DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND CONTENTIONS DEADLINES**

Plaintiff Headwater Research, LLC ("Headwater") respectfully files this Unopposed Motion to Extend Deadline for Initial Disclosures and would show the Court as follows:

The current deadline for Headwater to serve infringement contentions in compliance with P.R. 3-1 and PR 3-2 is March 11, 2024. The current deadline for Defendants Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. (collectively, "Defendants" or "Verizon") to serve invalidity contentions in compliance with P.R. 3-3 and P.R. 3-4, and to serve subject-matter eligibility contentions, is May 6, 2024. The parties agree to a brief mutual extension of these deadlines, which will allow additional time for the parties to prepare their contentions disclosures. No other deadlines will be affected by these amendments.

Headwater represents that this Motion is not filed for the purposes of delay but rather so that justice may be served. The parties have met and conferred, and Defendants do not oppose this Motion.

Accordingly, Headwater respectfully requests that the Court enter an Order modifying the above deadlines as follows:

1

| Original Date | Amended Date | Event |
|---|---|---|
| March 11, 2024 | **March 18, 2024** | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| May 6, 2024 | **May 20, 2024** | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| May 6, 2024 | **May 20, 2024** | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |

Dated: March 13, 2024                                             Respectfully submitted,

/s/ Marc Fenster
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of March 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). Defendants do not oppose this motion.

<i>/s/ Marc Fenster</i><br>
Marc Fenster