**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>Defendants. | Civil Action No. 2:24-cv-00007-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND CONTENTIONS DEADLINES**

In accordance with the Unopposed Motion, it is hereby **ORDERED** that the following deadlines regarding contentions disclosures is in effect until further order of this Court:

| Original Date | Amended Date | Event |
|---|---|---|
| March 11, 2024 | **March 18, 2024** | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| May 6, 2024 | **May 20, 2024** | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| May 6, 2024 | **May 20, 2024** | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |