# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:24-cv-00007-JRG-RSP |
| v. | § § | |
| CELLCO PARTNERSHIP, D/B/A/ VERIZON WIRELESS AND VERIZON CORPORATE GROUP INC., | § § § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Unopposed Motion to Extend Contentions Deadlines filed by Plaintiff Headwater Partners II LLC. **Dkt. No. 20.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Plaintiff's deadline to comply with P.R. 3-1 & 3-2 is extended to March 18, 2024. It is

**FURTHER ORDERED** that Defendant's deadline to comply with P.R. 3-3 & 3-4 is extended to May 20, 2024. It is

**FURTHER ORDERED** that Defendant's deadline to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions is extended to May 20, 2024.

**SIGNED this 14th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE