IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§    Case No. 2-24-cv-00007<br>§    **JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§ |

**VERIZON'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. (collectively, "Verizon") submit the following Corporate Disclosure Statement:

Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. are wholly-owned subsidiaries, either directly or indirectly, of Verizon Communications Inc.  Verizon Communications Inc. is a publicly held company.  No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

Dated: March 15, 2024

Respectfully Submitted,

/s/  Deron R. Dacus
Jacob K. Baron, Esq.
MA Bar No.: 652568
Email: jacob.baron@hklaw.com
Joshua C. Krumholz, Esq.
(LEAD COUNSEL)
(*Pro hac vice* forthcoming)
MA Bar No.: 552573
Email: joshua.krumholz@hklaw.com
Jacob W. S. Schneider, Esq.
(*Pro hac vice* forthcoming)
MA Bar No.: 675315
Email: jacob.schneider@hklaw.com
Allison M. Lucier, Esq.
(*Pro hac vice* forthcoming)
MA Bar No.: 569193
Email: allison.lucier@hklaw.com
HOLLAND & KNIGHT LLP
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850

Deron R. Dacus
Texas Bar No. 00790553
E-mail: ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)

*Attorneys for Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this **15th day of March, 2024**, I caused the foregoing Corporate Disclosure Statement to be filed electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are deemed to have consented to electronic service.

                                                            */s/   Deron R. Dacus*
                                                                Deron R. Dacus