IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Case No. 2-24-cv-00007 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jacob K. Baron, enters his appearance in this matter as counsel for Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc., for the purpose of receiving notices and orders from the Court.

Dated: March 21, 2024

Respectfully Submitted,

/s/ Jacob K. Baron
Jacob K. Baron, Esq.
MA Bar No.: 652568
Email: jacob.baron@hklaw.com
HOLLAND & KNIGHT LLP
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850

*Attorney for Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **21th day of March, 2024**, I caused the foregoing document to be filed electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are deemed to have consented to electronic service.

                                                       */s/*    *Jacob K. Baron*
                                                                     Jacob K. Baron, Esq.