**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Headwater Partners II LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc., <br><br> *Defendants*. | Civil Action No. 2:24-cv-00007-JRG-RSP <br><br><br> **JURY DEMANDED** |

## <u>NOTICE OF APPEARANCE</u>

Notice is hereby given that Charles Ainsworth of Parker Bunt & Ainsworth, PC enters his appearance in this matter as additional counsel for Plaintiff Headwater Partners II LLC.

Mr. Ainsworth may receive all communications from the Court and all parties at Parker Bunt & Ainsworth, PC, 100 East Ferguson, Suite 418, Tyler, Texas 75702; Telephone 903-531-3535; Email: charley@pbatyler.com.

Respectfully submitted,

Dated: March 21, 2024.

/s/ Charles Ainsworth
Charles Ainsworth
Texas State Bar No.  00783521
Robert Christopher Bunt
Texas State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
charley@pbatyler.com
rcbunt@pbatyler.com

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com

Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF**
**Headwater Partners II LLC**

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was filed electronically on March 21, 2024 and

has been served on all counsel who have consented to electronic service.

<u>/s/ Charles Ainsworth</u>
Charles Ainsworth