Revised: 9/3/2015

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
__Marshall__ **DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

> **APPROVED**
> *By Nakisha Love at 2:53 pm, Mar 21, 2024*

1. This application is being made for the following: Case # __2:24-cv-00007__

Style/Parties: __Headwater Partners II LLC v. Cellco Partnership d/b/a Verizon Wireless and Verizon Corp__

2. Applicant is representing the following party/ies: __Cellco Partnership d/b/a Verizon Wireless and Veriz__

3. Applicant was admitted to practice in __MA__ (state) on __12/04/2009__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).  If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. (See Page 3)

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__MA Supreme Judicial Ct., USDC-MA, USDC-NDIL, US Court of Appeals- 1st Cir., USDC-CO__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Jacob W.S. Schneider__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __03/21/2024__       Signature __/s/ Jacob W.S. Schneider__ (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF TEXAS

## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print)  Jacob W.S. Schneider

Bar Number /State  675315/MA

Firm Name:  Holland & Knight LLP

Address/P.O. Box:  10 St. James Avenue

City/State/Zip:  Boston, MA 02116

Telephone #:  617-523-2700

Fax #:  617-523-6850

E-mail Address:  jacob.schneider@hklaw.com

Secondary E-Mail Address:  michelle.diaz@hklaw.com

This application has been approved for the court on:  **3/21/2024**

David A. O'Toole, Clerk

U.S. District Court, Eastern District of Texas

By  _NakishaLove_

Deputy Clerk

Application Instructions

Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on  line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this **21st day of March, 2024**, I caused the foregoing document to be filed electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are deemed to have consented to electronic service.

*/s/     Jacob W. S. Schneider*
Jacob W. S. Schneider