AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Headwater Partners II LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00007-JRG-RSP |
| Verizon Communications Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Partners II LLC.

Date: 03/22/2024

/s/ Qi (Peter) Tong
*Attorney's signature*

Qi (Peter) Tong, TX SBN 24119042
*Printed name and bar number*

Russ August & Kabat
4925 Greenville Ave., Suite 200
Dallas, TX 75206

*Address*

ptong@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*