# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:24-cv-00007-JRG-RSP |
| v. | § § § | |
| CELLCO PARTNERSHIP, D/B/A/ VERIZON WIRELESS AND VERIZON CORPORATE GROUP INC., | § § § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time to File Proposed Discovery Order and Protective Order filed by Plaintiff Headwater Partners II LLC and Defendants Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. **Dkt. No. 34.** After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for the parties' to file a proposed Protective Order and a proposed Discovery Order is April 25, 2024.

**SIGNED this 17th day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE