## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant,* v. CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC., *Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00007-JRG-RSP **JURY DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Headwater Partners II LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. (collectively, "Verizon" or "Defendants") (all together, the "Parties"), hereby jointly request that the Court enter the proposed Protective Order, attached hereto as Exhibit A.

Dated:  April 25, 2024

| | |
|---|---|
| */s/ Jacob K. Baron* | */s/ Marc Fenster* |
| Jacob K. Baron, Esq. | Marc Fenster |
| MA Bar No.: 652568 | CA State Bar No. 181067 |
| Email: jacob.baron@hklaw.com | Email: mfenster@raklaw.com |
| Joshua C. Krumholz, Esq. | Reza Mirzaie |
| (LEAD COUNSEL) | CA State Bar No. 246953 |
| (*Pro hac vice*) | Email: rmirzaie@raklaw.com |
| MA Bar No.: 552573 | Brian Ledahl |
| Email: joshua.krumholz@hklaw.com | CA State Bar No. 186579 |
| Jacob W. S. Schneider, Esq. | Email: bledahl@raklaw.com |
| (*Pro hac vice*) | Ben Wang |
| MA Bar No.: 675315 | CA State Bar No. 228712 |
| Email: jacob.schneider@hklaw.com | Email: bwang@raklaw.com |
| Allison M. Lucier, Esq. | Dale Chang |
| (*Pro hac vice*) | CA State Bar No. 248657 |
| MA Bar No.: 569193 | Email: dchang@raklaw.com |
| Email: allison.lucier@hklaw.com | Paul Kroeger |
| **HOLLAND & KNIGHT LLP** | CA State Bar No. 229074 |
| 10 Saint James Avenue; 11th Floor | Email: pkroeger@raklaw.com |
| Boston, MA 02116 | Neil A. Rubin |
| Telephone: 617-523-2700 | CA State Bar No. 250761 |
| Facsimile: 617-523-6850 | Email: nrubin@raklaw.com |
| | Kristopher Davis |
| | CA State Bar No. 329627 |
| Deron R. Dacus | Email: kdavis@raklaw.com |
| Texas Bar No. 00790553 | James S. Tsuei |
| E-mail: ddacus@dacusfirm.com | CA State Bar No. 285530 |
| **THE DACUS FIRM, P.C**. | Email: jtsuei@raklaw.com |
| 821 ESE Loop 323, Suite 430 | Philip Wang |
| Tyler, Texas 75701 | CA State Bar No. 262239 |
| 903-705-1117 (phone) | Email: pwang@raklaw.com |
| 903-581-2543 (fax) | Amy Hayden |
| | CA State Bar No. 287026 |
| *Attorneys for Defendants* | Email: ahayden@raklaw.com |
| | Jason M. Wietholter |
| | CA State Bar No. 337139 |
| | Email: jwietholter@raklaw.com |
| | James N. Pickens |
| | CA State Bar No. 307474 |
| | Email: jpickens@raklaw.com |
| | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Blvd. 12th Floor |
| | Los Angeles, CA 90025 |
| | Telephone: 310-826-7474 |

- 3 -

*Attorneys for Plaintiff*
*Headwater Partners II LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this April 25, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster
