**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant,*<br><br>v.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>*Defendants and Counterclaimant-Plaintiffs.* | Case No. 2:24-cv-00007-JRG-RSP<br><br>**JURY DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED
ORDER REGARDING E-DISCOVERY**

Plaintiff Headwater Partners II LLC ("Headwater") and Defendants Cellco Partnership, d/b/a Verizon Wireless, and Verizon Corporate Services Group Inc. (collectively, "Verizon" or "Defendants") (all together, the "Parties"), hereby jointly request that the Court enter the proposed Order Regarding E-Discovery, attached hereto as Exhibit A.

Dated: May 24, 2024

| | |
|---|---|
| */s/ Jacob K. Baron* | */s/ Marc Fenster* |
| Jacob K. Baron, Esq. | Marc Fenster |
| MA Bar No.: 652568 | CA State Bar No. 181067 |
| Email: jacob.baron@hklaw.com | Email: mfenster@raklaw.com |
| Joshua C. Krumholz, Esq. | Reza Mirzaie |
| (LEAD COUNSEL) | CA State Bar No. 246953 |
| (*Pro hac vice*) | Email: rmirzaie@raklaw.com |
| MA Bar No.: 552573 | Brian Ledahl |
| Email: joshua.krumholz@hklaw.com | CA State Bar No. 186579 |
| Jacob W. S. Schneider, Esq. | Email: bledahl@raklaw.com |
| (*Pro hac vice*) | Ben Wang |
| MA Bar No.: 675315 | CA State Bar No. 228712 |
| Email: jacob.schneider@hklaw.com | Email: bwang@raklaw.com |
| Allison M. Lucier, Esq. | Dale Chang |
| (*Pro hac vice*) | CA State Bar No. 248657 |
| MA Bar No.: 569193 | Email: dchang@raklaw.com |
| Email: allison.lucier@hklaw.com | Paul Kroeger |
| **HOLLAND & KNIGHT LLP** | CA State Bar No. 229074 |
| 10 Saint James Avenue; 11th Floor | Email: pkroeger@raklaw.com |
| Boston, MA 02116 | Neil A. Rubin |
| Telephone: 617-523-2700 | CA State Bar No. 250761 |
| Facsimile: 617-523-6850 | Email: nrubin@raklaw.com |
| | Kristopher Davis |
| | CA State Bar No. 329627 |
| Deron R. Dacus | Email: kdavis@raklaw.com |
| Texas Bar No. 00790553 | James S. Tsuei |
| E-mail: ddacus@dacusfirm.com | CA State Bar No. 285530 |
| **THE DACUS FIRM, P.C**. | Email: jtsuei@raklaw.com |
| 821 ESE Loop 323, Suite 430 | Philip Wang |
| Tyler, Texas 75701 | CA State Bar No. 262239 |
| 903-705-1117 (phone) | Email: pwang@raklaw.com |
| 903-581-2543 (fax) | Amy Hayden |
| | CA State Bar No. 287026 |
| | Email: ahayden@raklaw.com |
| *Attorneys for Defendants Cellco Partnership,* | Jason M. Wietholter |
| *d/b/a Verizon Wireless and Verizon* | CA State Bar No. 337139 |
| *Corporate Services Group Inc.* | Email: jwietholter@raklaw.com |
| | James N. Pickens |
| | CA State Bar No. 307474 |
| | Email: jpickens@raklaw.com |
| | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Blvd. 12th Floor |
| | Los Angeles, CA 90025 |
| | Telephone: 310-826-7474 |

*Attorneys for Plaintiff*
*Headwater Partners II LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this May 24, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster
