# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § | |
| | § | |
| v. | § | NO. 2:24-cv-00007-JRG-RSP |
| | § | |
| CELLCO PARTNERSHIP, D/B/A/ | § | |
| VERIZON WIRELESS AND | § | |
| VERIZON CORPORATE GROUP INC. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Plaintiff's Unopposed Motion to Withdraw Robert Christopher Bunt, Charles Ainsworth, and Parker Bunt & Ainsworth as counsel for Plaintiff.  The Court, having considered same, is of the opinion the motion should be GRANTED.

It is further ORDERED that the Clerk shall terminate all CM/ECF notifications as to Robert Christopher Bunt and Charles Ainsworth for this action.

11056285