**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
TEXAS MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § § § | Case No. 2:24-cv-00015-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant*, | § § | (Lead Case) |
| vs. | § § | **Jury Trial Demanded** |
| T-MOBILE USA, INC. AND SPRINT LLC, | § § § | |
| *Defendants and Counterclaimant-Plaintiffs*. | § § | |
| HEADWATER PARTNERS II LLC, | § § § | Case No. 2:24-cv-00016-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant*, | § § | (Member Case) |
| vs. | § § | **Jury Trial Demanded** |
| AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP., | § § § | |
| *Defendants and Counterclaimant-Plaintiffs*. | § § | |
| HEADWATER PARTNERS II LLC, | § § § | Case No. 2:24-cv-00007-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant*, | § § | **Jury Trial Demanded** |
| vs. | § § | |
| CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC., | § § § § | |
| *Defendants and Counterclaimant-Plaintiffs*. | § § | |

**ORDER GRANTING ERICSSON INC.'S
<u>UNOPPOSED MOTION TO INTERVENE</u>**

Before the Court is Intervenor Defendant Ericsson Inc.'s ("Ericsson") Motion to

Intervene, filed July 17, 2024.  The Court has reviewed the Motion and is fully advised in the premises.  Ericsson moved to intervene pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative, pursuant to Fed. R. Civ. P. 24(b).  Having considered the motion and the relevant authorities, the Court finds that the Motion should be and hereby is GRANTED.  Accordingly, Ericsson is permitted to intervene in these actions.

    SIGNED this ___ day of _____, 2024.