# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant*, vs. T-MOBILE USA, INC. AND SPRINT LLC, *Defendants and Counterclaimant-Plaintiffs*. | § § § § § § § § § § § § | Case No. 2:24-cv-00015-JRG-RSP (Lead Case) **Jury Trial Demanded** |
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant*, vs. AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP., *Defendants and Counterclaimant-Plaintiffs*. | § § § § § § § § § § § § | Case No. 2:24-cv-00016-JRG-RSP (Member Case) **Jury Trial Demanded** |
| HEADWATER PARTNERS II LLC, *Plaintiff and Counterclaim-Defendant*, vs. CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC., *Defendants and Counterclaimant-Plaintiffs*. | § § § § § § § § § § § § § | Case No. 2:24-cv-00007-JRG-RSP **Jury Trial Demanded** |

## ERICSSON INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Ericsson Inc. states that Ericsson Inc. is a

Delaware corporation that is wholly owned by Ericsson Holding II Inc., which is also a Delaware corporation. Ericsson Holding II Inc. is wholly owned by Telefonaktiebolaget LM Ericsson ("Ericsson").  Ericsson is publicly held and has no parent corporation. Ericsson has Class A and Class B shares that are listed on Nasdaq Stockholm in Sweden. In the United States, the Class B shares are listed on NASDAQ New York in the form of American Depositary Shares (ADS) evidenced by American Depositary Receipts (ADR). Each ADS represents one Class B share. No publicly held corporation owns 10% or more of Ericsson's stock, which comprises Class A and Class B shares. However, as of December 31, 2023, Investor AB and AB Industrivärden each owns shares in Ericsson representing 10% or more of the voting rights.

Dated: July 17, 2024

Respectfully Submitted,

/s/  Deron R. Dacus
Jacob K. Baron, Esq.
MA Bar No.: 652568
Email: jacob.baron@hklaw.com
Joshua C. Krumholz, Esq.
(LEAD COUNSEL)
(*Pro hac vice* forthcoming)
MA Bar No.: 552573
Email: joshua.krumholz@hklaw.com
Jacob W. S. Schneider, Esq.
(*Pro hac vice* forthcoming)
MA Bar No.: 675315
Email: jacob.schneider@hklaw.com
Allison M. Lucier, Esq.
(*Pro hac vice* forthcoming)
MA Bar No.: 569193
Email: allison.lucier@hklaw.com
HOLLAND & KNIGHT LLP
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850

Deron R. Dacus
Texas Bar No. 00790553

E-mail: ddacus@dacusfirm.com
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)

*Attorneys for Ericsson Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2024, I caused the foregoing Corporate Disclosure Statement to be filed electronically with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are deemed to have consented to electronic service.

/s/   *Deron R. Dacus*
Deron R. Dacus, Esq.