IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>T-MOBILE USA, INC. AND SPRINT LLC,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | § § § § § § § § § § § § § | Case No. 2:24-cv-00015-JRG-RSP<br><br>(Lead Case)<br><br>**Jury Trial Demanded** |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP.,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | § § § § § § § § § § § § § | Case No. 2:24-cv-00016-JRG-RSP<br><br>(Member Case)<br><br>**Jury Trial Demanded** |
| HEADWATER PARTNERS II LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>vs.<br><br>CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | § § § § § § § § § § § § § § § | Case No. 2:24-cv-00007-JRG-RSP<br><br>**Jury Trial Demanded** |

**DECLARATION OF JACOB K. BARON IN SUPPORT OF NOKIA OF AMERICA
CORPORATION'S UNOPPOSED MOTION TO INTERVENE**

I, Jacob K. Baron, declare the following:

1. I am a partner in the law firm of Holland & Knight LLP, outside counsel for the

Intervenor, Nokia of America Corporation ("Nokia"). I make this declaration in support of Nokia's Unopposed Motion to Intervene (the "Motion"). The following facts are true to the best of my knowledge and, if called upon to do so, I could and would competently testify to the truth thereof.

2. Before the Motion was filed, beginning on June 11, 2024, I met and conferred with Kris Davis and Jason Weitholter, outside counsel for Plaintiff Headwater Partners II LLC ("Headwater"). Outside counsel for Headwater informed me that Headwater does not oppose the Motion.

3. Before the Motion was filed, I met and conferred with Jonathan Putman, in-house counsel for Defendants T-Mobile USA, Inc. and Sprint LLC ("T-Mobile"), Timothy Dyll, in-house counsel for Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. ("AT&T"), and Bukola Landis-Aina, in-house counsel for Defendants Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group Inc. ("Verizon"). In-house counsel for T-Mobile, AT&T and Verizon stated that they did not oppose the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2024                    /s/    *Jacob K. Baron*
                                               Jacob K. Baron