IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § § § | Case No. 2:24-cv-00015-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant*, | § § | (Lead Case) |
| vs. | § § | **Jury Trial Demanded** |
| T-MOBILE USA, INC. AND SPRINT LLC, | § § § | |
| *Defendants and Counterclaimant-Plaintiffs*. | § § | |
| HEADWATER PARTNERS II LLC, | § § § | Case No. 2:24-cv-00016-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant*, | § § | (Member Case) |
| vs. | § § | **Jury Trial Demanded** |
| AT&T SERVICES, INC., AT&T MOBILITY LLC AND AT&T CORP., | § § § § | |
| *Defendants and Counterclaimant-Plaintiffs*. | § | |
| HEADWATER PARTNERS II LLC, | § § § | Case No. 2:24-cv-00007-JRG-RSP |
| *Plaintiff and Counterclaim-Defendant*, | § § | **Jury Trial Demanded** |
| vs. | § § | |
| CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, AND VERIZON CORPORATE SERVICES GROUP INC., | § § § § | |
| *Defendants and Counterclaimant-Plaintiffs*. | § | |

**ORDER GRANTING NOKIA OF AMERICA CORPORATION'S
<u>UNOPPOSED MOTION TO INTERVENE</u>**

Before the Court is Intervenor Defendant Nokia of America Corporation's ("Nokia")

Motion to Intervene, filed July 17, 2024.  The Court has reviewed the Motion and is fully

advised in the premises. Nokia moved to intervene pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative, pursuant to Fed. R. Civ. P. 24(b). Having considered the motion and the relevant authorities, the Court finds that the Motion should be and hereby is GRANTED. Accordingly, Nokia is permitted to intervene in these actions.

    SIGNED this \_\_\_ day of _____, 2024.