**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER PARTNERS II LLC, | § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION NO. 2:24-cv-00015-JRG-RSP |
| | | (Lead Case) |
| T-MOBILE USA, INC. and SPRINT LLC, | | |
| *Defendants*. | | |

**ORDER**

Before the Court is the Joint Motion to Consolidate Cases filed by Plaintiff Headwater Partners II LLC and Defendants T-Mobile USA, Inc., Sprint LLC, AT&T Services, Inc., AT&T Mobility LLC, AT&T Corp., Cellco Partnership, d/b/a Verizon Wireless and Verizon Corporate Services Group. **Dkt. No. 52**. Also before the Court is the related Joint Motion to Consolidate Cases filed by the same parties in Case No. 2:24-cv-007-JRG-RSP seeking the same relief. **2:24-cv-007, Dkt. No. 42.** Previously, Member Case 2:24-cv-016 was consolidated into Lead Case 2:24-cv-015, and the Parties now seek to further consolidate 2:24-cv-007 and designate Case No. 2:24-cv-016 as the lead case for the three consolidated actions. Dkt. No. 52 at 2–3.

After consideration, and noting their joint nature, the Motions are **GRANTED IN PART**. It is **ORDERED** that Case No. 2:24-cv-007-JRG-RSP ("Member Case") is hereby **CONSOLIDATED** into Case No. 2:24-cv-015-JRG-RSP ("Lead Case") for all pretrial issues. The Parties request to redesignate 2:24-cv-016 as the lead case for these consolidated matters is **DENIED** to avoid undue complication of the record.

The Clerk is instructed to add the consolidated Defendant into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance

in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who has appeared pro hac vice in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear pro hac vice in the Lead Case. Counsel who have not appeared in a member case at the point when it is consolidated into the Lead Case should file a Notice of Appearance only in the Lead Case, and such Notice should state the relevant member case.

      **SIGNED this 22nd day of July, 2024.**

 

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE